50 A.3d 1263

Kevin POWELL, Petitioner

v.

PHILADELPHIA COUNTY DISTRICT ATTORNEY'S OFFICE, Court of Common Pleas, Respondents.

No. 74 EM 2012.

Supreme Court of Pennsylvania.

Aug. 21, 2012.

## ORDER

PER CURIAM.

AND NOW, this 21st day of August, 2012, the Application for Leave to File Original Process is GRANTED, and the Petition for Writ of Mandamus is DENIED.